IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHAUNTE WALKER, Individually and as mother of Kyle Dail Jr and Kymari Dail minor heirs of the Estate of KYLE DAIL SR., deceased,<br><br>Plaintiff,<br><br>VS.<br><br>CITY OF DALLAS, et al.,<br><br>Defendants. | §§§§§§§§§§§§§<br><br>Civil Action No. 3:23-CV-0391-D |

## JUDGMENT

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that the actions of plaintiff Shaunte Walker ("Walker"), individually and as mother of the children and minor heirs of the estate of Kyle Dail Sr., against defendants Thomas Hoffman, Michael Piering, and Noah Hemm (collectively, the "Defendant Officers") are dismissed with prejudice.

The Defendant Officers' taxable costs of court, as calculated by the clerk of court, are assessed against Walker.

Pursuant to Fed. R. Civ. P. 54(b), the court expressly determines that there is no just reason for delay and directs the clerk of court to enter this as a final judgment.

Done at Dallas, Texas February 4, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE