IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAUNTE WALKER, Individually and as mother of Kyle Dail Jr and Kymari Dail minor heirs of the Estate of KYLE DAIL SR., deceased,<br><br>Plaintiff,<br><br>VS.<br><br>CITY OF DALLAS, et al.,<br><br>Defendants. | §§§§§§§§§§§§ | Civil Action No. 3:23-CV-0391-D |

## JUDGMENT

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that the action of plaintiff Shaunte Walker ("Walker"), individually and as mother of the children and minor heirs of the estate of Kyle Dail Sr., against defendant the City of Dallas (the "City") is dismissed with prejudice.

The City's taxable costs of court, as calculated by the clerk of court, are assessed against Walker.

Because the City was the sole remaining defendant, the clerk of court is directed to close this case.

Done at Dallas, Texas May 21, 2025.

SIDNEY A. FITZWATER
SENIOR JUDGE